## INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME: Matthew Edison v. City of NY, et al     DOCKET NO.: 10-CV-4543

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __2/9/11__

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by: plaintiff(s) __15__ and defendant(s) __15__

3. Maximum number of requests for admission by: plaintiff(s) __20__ and defendant(s) __20__

4. Number of depositions by plaintiff(s) of: parties __4__ non-parties __1__

5. Number of depositions by defendant(s) of: parties __1__ non-parties __1__

6. Time limits for depositions: __7 hrs.__

7. Date for completion of factual discovery: __7/8/11__

8. Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical
    Date for expert report(s): __n/a__

9. Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical
    Date for expert report(s): __n/a__

10. Date for completion of expert discovery: __n/a__

11. Time for amendment of the pleadings by plaintiff(s) __3/23/11__
    or by defendant(s) __n/a__

12. Number of proposed additional parties to be joined by plaintiff(s) ____ and by defendant(s) ____ and time for completion of joinder: _____

13. Types of contemplated dispositive motions: plaintiff(s): __none__
    defendant(s): __Summary judgment__

14. Dates for filing contemplated dispositive motions: plaintiff(s): _____
    defendant(s): __9/9__

15. Does any party object to having this case included in the **Court's Electronic Case Filing Program**? __X__ No objection ____ Objection by __ plaintiff __ defendant

16. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636©)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No __X__

17. This case should be ordered to arbitration at the close of discovery __no__ (yes/no)

This case should be ordered to mediation (now or at a later date) _____(yes/no)
(Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)